mq

***United States District Court for the Northern District of Illinois***

Case Number: 1:14-cv-03002 Assigned/Issued By: PJ

Judge Name: Chang Designated Magistrate Judge: Cole

**FEE INFORMATION**

***Amount Due:*** ☐ $400.00 ☐ $46.00 ☐ $5.00

☐ IFP ☐ No Fee ☐ Other ____________

☐ $505.00

Number of Service Copies __________ Date: ____________________

(For Use by Fiscal Department Only)

Amount Paid: __________________ Receipt #: ________________

Date Payment Rec'd: ____________ Fiscal Clerk: ______________

**ISSUANCES**

☐ Summons ☐ Alias Summons

☐ Third Party Summons ☐ Lis Pendens

☐ Non Wage Garnishment Summons ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets (Victim, Against and $ Amount)

☐ Writ ____________________
(Type of Writ)

5 Original and 5 copies on 07/03/2019 (Date) as to Compass Bank,

Hinsdale Bank & Trust, Fifth Third Bank, Adobe Systems Inc.,

American Express Travel Related Services Co. Inc. (Notices)(Third Parties)

Rev. 08/19/2016